# UNITED STATES DISTRICT COURT
## Eastern District of Washington

FRANCIS A. ROTH,

        Plaintiff,

        v.

LINDA S. McMahon, Commissioner of Social Security,

        Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-06-0067-CI

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

    The Defendant's Motion for Summary Judgment is GRANTED.

| | |
|---|---|
| January 30, 2007 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Virginia Reisenauer |
| | *(By) Deputy Clerk* |
| | Virginia Reisenauer |